UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATASHA BOYLAND, | ) |
| Plaintiff | ) |
| vs. | ) 12 CV 779 |
| ASSOCIATION HOUSE OF CHICAGO, INC., | ) Judge Kennelly |
| Defendant. | ) Magistrate Schenkier |

**MOTION FOR JUDGMENT ON THE PLEADINGS**

Now comes defendant Association House of Chicago, Inc. and for its motion states as follows:

1. On March 15, 2012 plaintiff Natasha Boyland filed a Complaint of Employment Discrimination against defendant alleging that she was discriminated against because of her race.

2. Plaintiff alleges in paragraph 8 (b) of the complaint that "the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by plaintiff on (month) 11 (day) 14 (year) 2011 a copy of which *Notice* is attached to this complaint."

3. Pursuant to 42 U.S.C. Section 2000e-5(f)(1) a complaint under Title VII must be instituted within 90 days of the plaintiff's receipt of the Notice of the Right to Sue letter.

4. Plaintiff's complaint filed on March 15, 2012 was filed more than 90 days after plaintiff's November 14, 2011 receipt of the notice of the right to sue.

1

Wherefore, defendant respectfully requests the court enter an order dismissing plaintiff's complaint.

*Uve R. Jerzy*
Uve R. Jerzy, attorney for Defendant
Association House of Chicago, Inc.

Law Offices of Uve R. Jerzy P.C.
12120 Graceland Court
Homer Glen, Illinois 60491
Telephone: (708) 301-5500
Facsimile: (708) 301-8187
ARDC # 6190133